SUPREME COURT.   New York General Term; April, 1855.
*Mitchell, Morris* and *Clerke*, Justices.

THE PEOPLE *vs.* MICHAEL DONNELLY, impl'd with BEALES and al.

Where several persons are jointly indicted, one of them is not a competent
witness for or against the others, without being first acquitted or convicted;
and it makes no difference whether the defendants plead jointly or separately.
An accomplice separately indicted is competent.

The defendant had been convicted partly on the testimony
of a defendant jointly indicted with him without discharging
such codefendant from the record.

CLERKE, J.—It is well settled and I believe never questioned
in this state or in England, that where several persons are
jointly indicted, one is not a competent witness either for or
against the others, without being first acquitted or convicted;
and it makes no difference whether the defendants plead jointly
or separately; an accomplice, however, separately indicted is ?
competent.   Whether there is any good reason for this dis-
tinction, it is unnecessary to inquire on the present occasion.

Beales, although a joint defendant, was admitted as a wit-
ness against Donnelly in this case, without discharging him
from the record.

The judgment should be reversed and a new trial ordered.

MITCHELL, J.—In 1 *Ryan & Moody*, 401, (*Rex* v. *Rowland and
others*,) the counsel for the crown moved to have an acquittal
against two of the defendants, that he might use them as wit-
nesses.   It was treated as necessary and allowed. (See also the
note there.) So a case is stated in *Cases Temp. Hardwicke*, 163,
where on an information at the suit of the crown, it was deemed
necessary to enter a *nol. pros.* against one of the defendants
before examining him against the others.   Our own courts have
decided that one defendant in an indictment can not be a wit-
ness for another; it can not be on the ground of interest, for

there is no interest either way; and if it be because he is a party to the record, it applies whether he be called for the people or his codefendants.

Judgment reversed and new trial ordered.

